1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS L. AMPS,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEPARTMENT OF SOCIAL SERVICES/CHILD WELFARE SERVICES,<br><br>                    Defendant(s). | Case No. 1:22-cv-00059-AWI-EPG<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN FORTY-FIVE DAYS<br><br>(ECF Nos. 1, 2). |

Plaintiff is proceeding *pro se* in this civil action. (*See* ECF No. 1.) Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.[1]

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is respectfully directed to send Plaintiff an application to proceed *in forma pauperis* (Form – AO 240).

2.  Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. No requests for extension will be granted without a showing of good cause.

\\\

---

[1] While Plaintiff has submitted a notice filing, demanding to proceed without paying any fees or costs, he has not submitted the application required to proceed *in forma pauperis*. (ECF No. 2).

1

3. <u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **January 19, 2022**                   /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE