UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS L. AMPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF SOCIAL SERVICES/CHILD WELFARE SERVICES,<br><br>　　　　　Defendant(s). | Case No. 1:22-cv-00059-AWI-EPG<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED, WITHOUT PREJUDICE<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN (14) DAYS |

　　　　Plaintiff Travaris L. Amps is proceeding *pro se* in this civil action. (ECF No. 1). Because Plaintiff had not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, the Court entered an order on January 19, 2022, to either pay the fee or file an *in forma pauperis* application within forty-five days. (ECF No. 5).

　　　　The forty-five-day period has expired, and Plaintiff has failed to pay the filing fee or submit an IFP application. Although Plaintiff has filed eleven "notices" between January 24, 2022, and February 11, 2022, none of these filings have requested an extension of time to pay the filing fee nor have they included information relating to Plaintiff's ability to pay the filing fee. (ECF Nos. 6-16). Rather, these filings contain various statements that have no discernible relationship to this action, such as Plaintiff requesting court staff to produce a license to practice

law or otherwise pay him $5000 in silver.[1] (ECF No. 6).

Accordingly, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed, without prejudice, for Plaintiff's failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and

2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  **March 14, 2022**                    /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Generally, Plaintiff's filings indicate that is not subject to the ruling of this Court, which is a hallmark of the sovereign-citizen belief system. *See Vazquez v. California Highway Patrol*, No. 2:15-CV-756-JAM-EFB (PS), 2016 WL 232332, at *2 (E.D. Cal. Jan. 19, 2016) (explaining sovereign citizen beliefs and noting that it has been rejected by courts); (ECF No. 6 ("No man, nor person within this courthouse and/or any courthouse, has the capacity to: interfere, amend, alter, modify, interpret, deny my claim, prior to a verdict tendered by a jury.") (alterations to spelling and punctuation).

2