UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS L. AMPS,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF SOCIAL SERVICES/CHILD WELFARE SERVICES,<br><br>        Defendant(s). | CASE NO. 1:22-cv-0059-AWI-EPG<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE**<br><br>(Doc. No. 17) |

Plaintiff Travaris L. Amps is proceeding *pro se* in this civil action. Doc. No. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On March 14, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice because Plaintiff failed to either pay the filing fee or file an application to proceed *in forma pauperis*. Doc. No. 17. Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after being served. Id. at 2.

On March 29, 2022, Plaintiff filed a document that appears intended to raise objections to the findings and recommendations. Doc. No. 18. However, that document raises no coherent argument, instead stating that the Court should not "trespass on [Plaintiff's] case again." Id. at 1. Moreover, Plaintiff has filed additional notices that also contain no substantive objections to the findings and recommendations. Doc. Nos. 19, 20, 21, 22, 23, 24, 25.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 14, 2022 (Doc. No. 17) are ADOPTED in full;
2. This action is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 15, 2022

SENIOR  DISTRICT  JUDGE